**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

ALLSTATE INSURANCE COMPANY,  *
                                    *
    Plaintiff,                 *
                                    *
    v.                       *         CV 619-044
                                    *
ELECTROLUX HOME PRODUCTS, INC.,  *
                                    *
    Defendant.               *
                                    *

---

## O R D E R

---

On May 16, 2019, two subrogation matters were transferred to this Court from the United States District Court for the Eastern District of Pennsylvania. (Doc. 48.) The first involves a fire that occurred at the home of Plaintiff Allstate Insurance Company's insureds Lashunda and John Staten in Statesboro. The second also concerns a fire at the home of Allstate's insured June Braswell in Statesboro. Both fires were allegedly caused by clothes dryers manufactured by Defendant Electrolux Home Products, Inc.

On June 20, 2019, the parties participated in a mediation before the Honorable S. James Otero in the Central District of California. The mediation resulted in the parties settling eleven lawsuits with some 101 claims involving fires allegedly caused by Defendant's dryers. While the parties did not settle the Braswell and Staten matters, there is a second mediation scheduled for

October 22, 2019. Accordingly, the parties filed a joint motion to stay and administratively close this action pending the outcome of the October 22nd mediation. (Doc. 53.)

A district court enjoys "broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 708 (1997). Because the parties have scheduled a mediation to resolve the claims in this case, the Court finds it is appropriate to stay this case pending the outcome of that mediation. Therefore, the parties' joint motion to stay this action (Doc. 53) is **GRANTED**. This case is hereby **STAYED** pending the outcome of the October 22nd mediation. The parties **SHALL** provide, in writing, a joint status report by the close of business on November 12, 2019.

Also before the Court is defense counsels' motion to withdraw. (Doc. 54.) Cheryl M. Nicolson and Melissa Lynn Yemma of Nicolson Associates LLC seek to withdraw as counsel for Electrolux. Frances Laura Spinelli of Evert Weathersby Houff LLC will continue to represent Electrolux in this matter. Of these three attorneys, only Ms. Spinelli is admitted to practice in the Southern District of Georgia and neither Ms. Nicolson or Ms. Yemma have applied for *pro hac vice* admission. Accordingly, defense counsels' motion to withdraw (Doc. 54) is **GRANTED**. The Clerk is directed to **TERMINATE** Cheryl M. Nicolson and Melissa Lynn Yemma as counsel of record for

Defendant Electrolux Home Products, Inc.  Frances Laura Spinelli

shall serve as lead counsel for Electrolux.

    **ORDER ENTERED** at Augusta, Georgia, this _3rd_ day of July,

2019.

                                                                       J. RANDAL HALL, CHIEF JUDGE
                                                           UNITED STATES DISTRICT COURT
                                                           SOUTHERN DISTRICT OF GEORGIA