IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ALLSTATE INSURANCE COMPANY,    *
                               *
     Plaintiff,                *
                               *
     v.                        *       CV 619-044
                               *
ELECTROLUX HOME PRODUCTS,      *
INC.,                          *
                               *
     Defendant.                *
```

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal. (Doc. 57.) Plaintiff and Defendant consent to dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA